

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00168-CV

DAVID V. GOSS, APPELLANT

V.

NICHOLAS BELL, APPELLEE

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 2014-0113M-CV, Honorable Jack A. McGaughey, Presiding

July 11, 2014

ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the court is a Joint Motion for Order of Remand to Effect Settlement. The motion bears the signatures of counsel for the parties to the appeal. Through their motion, the parties represent "all of their disputes have been fully and finally settled and resolved." They indicate remand is necessary for the trial court to effect the terms of their settlement agreement by appropriate orders. To vest the trial court with jurisdiction for granting the relief the parties request, we abate the appeal until

September 3, 2014, and remand the cause to the trial court for proceedings effectuating the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C).

On completion of all necessary matters in the trial court, the parties shall file a joint motion to reinstate and dismiss the appeal. If proceedings in the trial court are not completed by September 3, 2014, the parties shall file a joint report informing this court of the status of the proceedings and requesting any necessary extension of the abatement.

If neither a joint motion to reinstate and dismiss the appeal nor a status report is filed by September 3, 2014, the appeal will be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

It is so ordered.

Per Curiam